430 F.2d 934
 UNITED STATES of America, Plaintiff-Appellee,
v.
Arthur James LEWIS, Defendant-Appellant.
 No. 28141 Summary Calendar.*
*Rule 18, 5th Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5th Cir., 1970,
 
 431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Aug. 20, 1970.
 Armand Derfner, Jackson, Miss., (Court-appointed), for defendant-appellant.
 Robert E. Hauberg, U.S. Atty., E. Donald Strange, Asst. U.S. Atty., Jackson, Miss., for plaintiff-appellee.
 Appeal from the United States District Court for the Southern District of Mississippi at Jackson, William Harold Cox, Chief Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966